**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-2017**

———————

SAMUEL J. SWIGER; BRENDA FRAZIER SWIGER,
individually and as next friends of Joseph
Shawn Swiger, an infant, and all individually
as representatives of a class of other
similarly situated individuals,

Plaintiffs - Appellants,

versus

UNITED VALLEY INSURANCE COMPANY, a foreign
corporation doing business in West Virginia;
UGI CORPORATION, a foreign corporation doing
business in West Virginia; LON R. GREENBERG;
EUGENE VAN BISSELL; CRAWFORD & COMPANY, a/k/a
Crawford & Company Insurance Adjusters,
Incorporated, a corporation doing business in
West Virginia; MARK P. GRIFFITH, Individually;
DANIEL W. HOOVER, Individually,

Defendants - Appellees,

and

R. PAUL GRADY; ENERGY INSURANCE MUTUAL, LTD;
ACE GROUP OF COMPANIES; ACE INSURANCE COMPANY;
ACE USA; ASSOCIATED ELECTRIC & GAS INSURANCE
SERVICES, LTD; NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, INCORPORATED; STARR
EXPRESS LIABILITY INSURANCE COMPANY, LTD;
AMERICAN INTERNATIONAL GROUP, INCORPORATED,

Defendants.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Chief District Judge. (CA-05-52-1-IMK)

---

Submitted: May 31, 2006                    Decided: July 11, 2006

---

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David J. Romano, James R. Fox, ROMANO LAW OFFICE, Clarksburg, West Virginia, for Appellants. Jay N. Varon, Melinda F. Levitt, FOLEY & LARDNER, LLP, Washington, D.C.; James A. Varner, Sr., Debra Tedeschi Herron, Tiffany R. Durst, MCNEER, HIGHLAND, MCMUNN AND VARNER, L.C., Clarksburg, West Virginia; Richard J. Bolen, Melissa Dodd Veltri, Erin E. Rich, HUDDLESTON & BOLEN LLP, Huntington, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Samuel J. Swiger and Brenda Frazier Swiger appeal the district court's order denying their request for attorney's fees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Swiger v. United Valley Ins. Co.</u>, No. CA-05-52-1-IMK (N.D. W. Va. Aug. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>